

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2020

No. 04-20-00298-CV

**HOWELL CRANE & RIGGING, INC.**,
Appellant

v.

Robert Lee **WAMMACK,** Jr.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09279
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellee's brief was originally due November 12, 2020; however, the court granted an extension of time until December 14, 2020 to file the brief. Appellee has filed a further motion, requesting an additional thirty days to file the brief.

We **grant** the motion and **order** appellee's brief due January 13, 2021. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2020.



Michael A. Cruz,
Clerk of Court